McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. F-01:04-CR-05369 AWI |
| Plaintiff,  )  | |
| v.  )  | ORDER FOR DISMISSAL OF |
| )  | INDICTMENT |
| GERARDO SANCHEZ-FERNANDEZ  )  | |
|    aka  Henario Sanchez,  )  | |
| Defendant.  )  | |

IT IS HEREBY ORDERED that the Indictment against Gerardo Sanchez-Fernandez be dismissed in the interest of justice and the status conference currently scheduled for August 8, 2005 at 9:00 be vacated.

IT IS SO ORDERED.

**Dated:   July 29, 2005**                         **/s/ Anthony W. Ishii**

0m8i78                                          UNITED STATES DISTRICT JUDGE